IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 14-cv-00865-AP

JEANETTE MARTINEZ

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
|  | Christina J. Valerio |
|  | Assistant Regional Counsel |
|  | Social Security Administration |
|  | Office of General Counsel |
|  | Region VIII |
|  | 1961 Stout, Suite 4169 |
|  | Denver, CO 80294 |
|  | Telephone: (303) 844-7348 |
|  | Facsimile: (303) 844-0770 |
|  | Christina.valerio@ssa.gov |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.   Date Complaint Was Filed:   March 25, 2014**

    **B.   Date Complaint Was Served on U.S. Attorney's Office:   March 28, 2014**

   **C.**  **Date Answer and Administrative Record Were Filed: May 22, 2014**

**4.**  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.**  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.**  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.**  **OTHER MATTERS**

The parties state that there are no other matters.

**8.**  **BRIEFING SCHEDULE**

The parties agreed to the following schedule:

  **A.**  **Plaintiff's Opening Brief Due:**  **July 23, 2014**

  **B.**  **Defendant's Response Brief Due:**  **August 22, 2014**

  **C.**  **Plaintiff's Reply Brief (If Any) Due:**  **September 5, 2014**

**9.**  **STATEMENTS REGARDING ORAL ARGUMENT**

  **A.**  **Plaintiff's Statement:**  Plaintiff does not request oral argument.

  **B.**  **Defendant's Statement:**  Defendant does not request oral argument.

**10.**  **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A. ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 9th day of June 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/ Christina J. Valerio*
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

*s/ Diane K. Bross*
Diane K. Bross
Attorney for Plaintiff
2139 Chuckwagon Rd., Ste 305
Colorado Springs, CO 80919
Telephone: (719) 634-7734
Facsimile: (719) 260-7736